ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
*FILED*
*SEP 19 2011*
*CLERK, U.S. DISTRICT COURT*
*By _____ Deputy*

Robert Joe Redman, Jr.
Plaintiff

3-11CV2428-G
Civil Action No.

NCO Financial Systems Inc.
Defendant

## COMPLAINT

*Jurisdiction*

1. This is an action under the Fair Credit Reporting Act, ("FCRA"), 15 U.S.C. section 1681 et seq. and the Fair Debt Collections Practices Act, ("FDCPA"), 15 U.S.C. section 1692a et seq.

2. Jurisdiction in this case is founded upon 15 U.S.C. section 1681p which grants the United States District Courts jurisdiction to hear this action without regard to the amount in controversy.

*Parties*

3. The plaintiff is Robert Joe Redman, Jr.

4. Defendant, NCO Financial Systems, is a Pennsylvania based business

corporation, at 507 Prudential Road, Horsham, PA. 19044, whose primary business is debt collection from consumers.

*Cause of Action*

## Facts

5. NCO Financial Systems, Inc. has repeatedly violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. section 1681 et seq. and the Fair Debt Collections Practices Act, ("FDCPA"), 15 U.S.C. section 1692e, by obtaining without any FCRA-sanctioned purpose, and without authorized consent, a credit report on Robert Joe Redman, Jr. from TransUnion, a credit reporting agency.

6. The Courts have established and explicitly adopted that only a "judgment creditor" has a permissible purpose to receive a consumer report on the "judgment debtor" for use in connection with collection of the debt without the consumers consent. See *Pintos v. Pacific Creditors Association (9th cir. 2007) 504 F. 3d 792.* (NCO) is not a "judgment creditor". (NCO) does not have a judgment against plaintiff. (NCO) did not have plaintiff's permission to obtain credit report.

*Liability*

7. Under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. section 1681n, as well as the Fair Debt Collections Practices Act ("FDCPA"), 15 U.S.C. section 1692k(2)(A), "any person who willfully fails to comply with any requirement imposed under this title with respect to any consumer is liable to that consumer in

an amount equal to the sum of,..not less than $100 and not more than $1000..."

*Claim for Relief*

8. The Defendant violated 15 U.S.C. section 1681 et seq. and 15 U.S.C. section 1692e, on 02/2011, by obtaining without any FCRA-sanctioned purpose, and without authorized consent, a credit report on Robert Joe Redman, Jr. from TransUnion, a credit reporting agency

9. The Defendant violated 15 U.S.C. section 1681 et seq. and 15 U.S.C. section 1692e, on 02/2011, by obtaining without any FCRA-sanctioned purpose, and without authorized consent, a credit report on Robert Joe Redman, Jr. from TransUnion, a credit reporting agency

10. The Defendant violated 15 U.S.C. section 1681 et seq. and 15 U.S.C. section 1692e, on 03/2011, by obtaining without any FCRA-sanctioned purpose, and without authorized consent, a credit report on Robert Joe Redman, Jr. from TransUnion, a credit reporting agency

11. The Defendant violated 15 U.S.C. section 1681 et seq. and 15 U.S.C. section 1692e, on 07/2010, by obtaining without any FCRA-sanctioned purpose, and without authorized consent, a credit report on Robert Joe Redman, Jr. from TransUnion, a credit reporting agency

12. The Defendant violated 15 U.S.C. section 1681 et seq. and 15 U.S.C. section

1692e, on <u>01/2010</u>, by obtaining without any FCRA-sanctioned purpose, and without authorized consent, a credit report on Robert Joe Redman, Jr. from TransUnion, a credit reporting agency

13. The Defendant violated 15 U.S.C. section 1681 et seq. and 15 U.S.C. section 1692e, on <u>11/2009</u>, by obtaining without any FCRA-sanctioned purpose, and without authorized consent, a credit report on Robert Joe Redman, Jr. from TransUnion, a credit reporting agency

14. As a result of the above violations of the FCRA and the FDCPA, the Defendant is liable to the Plaintiff for declaratory judgment that Defendant's conduct violated the FCRA, and the FDCPA, and Plaintiff's statutory damages.

WHEREFORE, Plaintiff respectfully prays that judgment in a sum of $12,000 be entered against the Defendant for the following:

a. Statutory damages for each violation pursuant to the FCRA 15 U.S.C. section 1681n and the FDCPA 15 U.S.C. section 1692k (2)(A)

b. and such other relief that the court feels is just and proper

**Robert Joe Redman, Jr.**

*/s/ Robert Joe Redman Jr.*

7235 Darsena

Grand Prairie, Texas 75050

(817) 500-1171

JS 44 (TXND Rev. 7/10)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Robert, Joe Redman Jr

(b) County of Residence of First Listed Plaintiff: **Dallas**
(EXCEPT IN U.S. PLAINTIFF CASES)

RECEIVED
SEP 19 2011
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

(c) Attorney's (Firm Name, Address, and Telephone Number)

### DEFENDANTS
NCO Financial Systems, Inc

County of Residence of First Listed Defendant: **MONTGOMERY**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
3-11cv2428-G

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ■ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ■ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ■ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

### V. ORIGIN (Place an "X" in One Box Only)
- ■ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Violation of 15 USC Section 1681 et seq.
Brief description of cause:
Violated statutes by obtaining credit report without cause

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 12,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ■ Yes ☐ No

### VIII. RELATED CASE(S) PENDING OR CLOSED: (See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____